United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: AYANNA JENKINS-TONEY,

Appellant.

Case No. 26-cv-00720-JST

**ORDER OF DISMISSAL**

On April 16, 2026, the Court issued an order requiring Appellant Ayanna Jenkins-Toney to file a designation of the record on appeal by June 1, 2026. ECF No. 5. The Court warned that if Appellant did not perfect her appeal, "the Court will issue an order to show cause why this appeal should not be dismissed." *Id.* Appellant did not perfect her appeal according to the Court's scheduling order and the Court issued an order to show cause. ECF No. 9. Appellant responded, requesting an additional 45 days to comply with the Court's order. ECF No. 10. The Court granted the request and set a briefing schedule, in the case that the appeal was timely perfected. ECF No. 11. According to that schedule, Appellant's opening brief was due August 27, 2026. *Id.* The Court also warned Appellant that it "does not anticipate granting further extensions" and if Appellant did not comply with the order, the case would dismissed for failure to prosecute. *Id.*

Appellant designated the record on appeal on July 27, 2026, ECF Nos. 13, 14, but did not

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

file her opening brief when due. Accordingly, the Court dismisses this case for failure to prosecute. *See* Fed. R. Civ. P. 41. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 1, 2026

JON S. TIGAR
United States District Judge